IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE,

        Plaintiff,

v.

CITY OF NAPLES, *et al.*,

        Defendants.

_____/

Case No. 2:25-cv-00291

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Thomas P. Kurland, Esquire, moves for special admission to represent Plaintiff in this action. In support of that motion, I state as follows:

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Courts for the Southern District of New York, the Eastern District of New York, the Western District of New York, and the Northern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last thirty-six month period I have appeared in the following cases in Florida:

*John D. Levitan, Sr. v. Gilead Sciences, Inc., et al.* No. 1:24-cv-23205 (S.D. Fla.)

*In re: John D. Levitan* No. 1:24-cv- 19295 (Bankr. S.D. Fla.)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

          */s/ Thomas P. Kurland*
          Thomas P. Kurland
          **Patterson Belknap Webb & Tyler LLP**
          1133 Avenue of the Americas
          New York, NY 10036
          (212) 336-2000
          tkurland@pbwt.com

**Local Rule 3.01(g) Certification**

Counsel for Plaintiff has conferred with counsel for the opposing parties and represent the opposing parties do not oppose my special admission.