```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

NAPLES PRIDE,

    Plaintiff,

v.                                 Case No: 2:25-cv-291-JES-KCD

CITY OF NAPLES; NAPLES CITY
COUNCIL; TERESA HEITMANN,
TERRY HUTCHISON, RAYMOND
CHRISTMAN, BETH PETRUNOFF,
BILL KRAMER, LINDA
PENNIMAN, and BERNE BARTON,
in their official
capacities as City Council
members; NAPLES POLICE
DEPARTMENT; and CIRO
DOMINGUEZ, in his official
capacity as Naples Chief of
Police,

    Defendant.

_____

### ORDER

This matter comes before the Court on the Time-Sensitive Motion for Leave to File Brief as Amicus Curiae (Doc. #32) filed by Liberty Counsel. Liberty Counsel requests leave to file an amicus brief on or before April 30, 2025, not longer than 20 pages in length. The motion is **GRANTED**.

Accordingly, it is now

**ORDERED**:

1. Liberty Counsel's Time-Sensitive Motion for Leave to File Brief as Amicus Curiae (Doc. #32) is **GRANTED**.

2. Liberty Counsel may file an amicus brief **on or before April 30, 2025,** and **no longer than 20 pages in length**.

**DONE AND ORDERED** at Fort Myers, Florida, this  25th  day of April 2025.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record