United States District Court
Middle District of Florida
Ft. Myers Division

**Naples Pride,**

    *Plaintiff,*

v.   No. 2:25-cv-291

**City of Naples,** *et al.*

    *Defendants.*

---

## Unopposed Motion for Special Admission

William J. Olson, Esquire, moves for special admission to represent *Amici Curiae* America's Future, *et al.* in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Eastern District of Virginia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

N/A.

1

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ William J. Olson
William J. Olson
William J. Olson, P.C.
370 Maple Ave. W, Ste. 4
Vienna, VA 22180
(703) 356-5070
wjo@mindspring.com

## Local Rule 3.01(g) Certification

I have attempted to confer with the counsel for the parties by email and represent that counsel for the Plaintiff has not yet responded and counsel for the Defendants takes no position to my special admission.