UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE,

          Case No. 2:25-cv-291

   Plaintiff,

v.

CITY OF NAPLES, *et al.*,

   Defendants.

_____/

**SECOND DECLARATION OF SAMANTHA PAST**

I, Samantha J. Past, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the American Civil Liberties Union Foundation of Florida, representing Plaintiff Naples Pride in this matter.

2. I make this declaration in support of Naples Pride's Time-Sensitive Motion for Leave to File a Reply to Liberty Counsel's Amicus Brief.

3. I attach hereto true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 15 | Kristina S. Heuser, Esq., *Email re: Special Event Permit Application by Naples Pride* (Feb. 24, 2023) |
| 16 | Jay Boodheshwar, *Email re: Fwd: Keeping Drag Queen Shows and High THC Pot Sales OUT of the Public Parks* (Feb. 25, 2023) |
| 17 | Kristina S. Heuser, Esq., *Email re: Request for Comment, Naples Pride Permit* (Feb. 5, 2025) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 1, 2025.

                                             */s/ Samantha J. Past*
                                               SAMANTHA PAST