# Exhibit 17

| | |
|---|---|
| **From:** | Kristina S. Heuser, Esq. <kheuser@heuserlawfirm.com> <kheuser@heuserlawfirm.com> |
| **Sent:** | Wednesday, February 5, 2025 2:31 PM |
| **To:** | Terry Hutchison |
| **Subject:** | Re: Request for Comment, Naples Pride permit |

> **CAUTION:** This email originated from outside of the City of Naples e-mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Terry:

These people are evil. I would not offer comment. Liberty Counsel is actually suing the SPLC because they put our client on their list of "hate groups". His "hateful" act was lobbying his state legislature to enact legislation combatting illegal immigration (or oppose legislation facilitating it). If they end up suing or defaming you, I bet Liberty Counsel would love to step in and take another crack at these guys!

Kristina


*Kristina S. Heuser, Esq.*
E-mail: kheuser@heuserlawfirm.com*

*I will soon discontinue use of this email as I have accepted a full-time position as Senior Litigation Counsel with Liberty Counsel. Please update your records to reflect my new email address: kheuser@lc.org. Please consider supporting my transition out of private practice into employment with this legal ministry by making a contribution here: https://cjmobilize.org/missionary/KristinaHeuser

"With men this is impossible; but with God all things are possible." Matt. 19:26 (KJV)

**NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege** or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited.

---

**From:** Terry Hutchison <THutchison@naplesgov.com>
**Sent:** Monday, February 3, 2025 6:32 PM
**To:** Kristina S. Heuser, Esq. <kheuser@heuserlawfirm.com>
**Subject:** Request for Comment, Naples Pride permit

---

**From:** RG Cravens <royal.cravens@splcenter.org>
**Sent:** Tuesday, January 21, 2025 12:21 PM

1

**To:** Terry Hutchison <THutchison@naplesgov.com>
**Subject:** Request for Comment, Naples Pride permit

> **CAUTION:** This email originated from outside of the City of Naples e-mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Dear Vice Mayor Hutchison,

I am a researcher at the Southern Poverty Law Center and I am writing a story for our Hatewatch blog about the recent city council decision on Naples Pride's event permit.
I am writing to offer you an opportunity to comment on the story and to answer some questions that came up during our investigation.

I have a few questions. If you would like to respond, I can be reached via phone (number below) or you can reply to this email.

My questions are:
1. How would you characterize your involvement with the website StopNaplesDrag.com
2. Do you think your involvement with the campaign to stop Naples drag is related to the security threats to Naples Pride reported by Naples police to the city council on Jan. 15, 2025?
3. Since the Naples police said the high security fees for pride were influenced by threats from protestors, did you consider recusing yourself from the permit vote this year?
4. Would you like to share any additional comments about your involvement in the protests against Naples Pride's drag performances or any add anything that I did not ask about?

My deadline for this story is 1:00 pm Eastern Time tomorrow, January 22.

Thank you for your time,
R.G. Cravens



**R.G. Cravens**, PhD  he/him
Manager, Research & Analysis | Intelligence Project
Southern Poverty Law Center
T  931.357.1643
royal.cravens@splcenter.org  |  splcenter.org

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

NOTIFICATION TO RECIPIENTS: Under Florida law, e-mails created or received by a government agency are public records. Both the message and the e-mail address it was sent from (unless otherwise exempt under Florida law) may be released in response to a public records request. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this office. Instead, you may contact City Hall by phone or in writing.
NOTIFICATION TO RECIPIENTS: Under Florida law, e-mails created or received by a government agency are public records. Both the message and the e-mail address it was sent from (unless otherwise exempt under Florida law) may be

released in response to a public records request. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this office. Instead, you may contact City Hall by phone or in writing.
NOTIFICATION TO RECIPIENTS: Under Florida law, e-mails created or received by a government agency are public records. Both the message and the e-mail address it was sent from (unless otherwise exempt under Florida law) may be released in response to a public records request. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this office. Instead, you may contact City Hall by phone or in writing.