IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
**Fort Myers Division**

|  |  |
|---|---|
| NAPLES PRIDE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Case No. 2:25-cv-291 |
| v. | ) Judge: Hon. John E. Steele |
|  | ) Magistrate Judge: Hon. Kyle C. Dudek |
| CITY OF NAPLES, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**TIME-SENSITIVE MOTION OF
AMERICA'S FUTURE
FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*
IN SUPPORT OF DEFENDANTS**

Pursuant to Local Rule 3.01 and this Court's inherent authority, America's Future moves for leave to file an *amicus* brief in opposition to Plaintiff's Motion for Preliminary Injunction. This motion is time sensitive because America's Future seeks to file the *amicus* brief on or before April 30, 2025, the date on which Defendants' opposition to Plaintiff's Motion for Preliminary Injunction is due.

Counsel for Plaintiff has consented to this Motion and to the filing of the attached brief *amicus curiae*. Counsel for Defendants has stated that they do not object. This *amicus* brief is timely as it is being filed by the deadline for the Defendants' Opposition to the Motion for Preliminary Injunction set by this

Court's order. Furthermore, although the Federal and Local Rules do not have a length limit for *amicus* briefs, the *amicus* brief is within the page limit set by Local Rule 3.01(b) for briefs responding to a motion.

## I. AMERICA'S FUTURE.

Movant America's Future is one of the nation's oldest nonprofit public policy organizations, having been incorporated in 1946, and now operating from offices in Florida. America's Future is exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code. America's Future participates actively in the public policy process and has filed over 100 *amicus curiae* briefs in federal and state courts, including many in the U.S. Supreme Court, defending U.S. citizens' rights against government overreach.

America's Future believes its proposed *amicus* brief will help the Court understand the context in which this dispute arose. The First Amendment issues raised do not support overruling the decision of the City of Naples to require Plaintiff to hold its drag show inside and without children in attendance.

## II. COURTS CAN BE AIDED BY SUCH *AMICUS* BRIEFS.

Neither the Federal Rules of Civil Procedure nor this Court's Local Rules set forth rules governing the submission of *amicus* briefs in federal district courts. Nevertheless, "district courts have broad discretion and the inherent authority to

3

allow *amici* to participate in appropriate cases." *Fla. by & through McCollum v. United States Dep't of Health & Hum. Servs.*, 2010 U.S. Dist. LEXIS 152369, at *6 (N.D. Fla. June 14, 2010). "Courts have recognized that permitting friends of the court may be advisable where the third parties can contribute to the court's understanding of the matter in question." *Conservancy of Sw. Fla. v. U.S. Fish & Wildlife Serv.*, 2010 U.S. Dist. LEXIS 94003, at *3 (M.D. Fla. Sept. 9, 2010). This Court has already granted leave to file an *amicus* brief by another *amicus*, with a deadline of April 30, 2025 and a length limit of 20 pages, which is what is requested here.

### III. AMERICA'S FUTURE WORKS TO OPPOSE CHILD TRAFFICKING AND TO PROTECT INNOCENT CHILDREN FROM EXPOSURE TO PORNOGRAPHY.

America's Future conducts a major project called [Project Protect and Defend Our Children](#), holding conferences around the country. It advocates against child trafficking and against exposure of children to sexually suggestive material.

On September 25, 2023, America's Future filed an *amicus* brief in the U.S. Court of Appeals for the Fifth Circuit Court on a closely associated issue supporting a state law requiring age verification to access pornography, which was upheld by the Fifth Circuit. *See Free Speech Coalition v. Colmenero*, No.

4

23-50627.  On November 22, 2024, America's Future filed an *amicus* merits brief in the U.S. Supreme Court in *Free Speech Coalition v. Paxton*, No. 23-1122.  That case was argued in the U.S. Supreme Court on January 15, 2025, and is now pending.

America's Future also has filed numerous *amicus* briefs responding to claims for special rights for "transgender" persons and efforts by parents to protect vulnerable children from indoctrination.  On October 16, 2024, America's Future filed an *amicus* brief in support of a petition for certiorari in the U.S. Supreme Court, which was granted, and on March 10, 2025, it filed an *amicus* brief on the merits.  *See Mahmoud v. Taylor*, No. 24-297.  That case, involving the parental right to protect children from a government school's transgender indoctrination program, was argued on April 22, 2025, and is now pending.

## CONCLUSION

For the foregoing reasons, *amicus* respectfully request leave to file an *amicus* brief not longer than 20 pages by April 30, 2025, to bring to the attention of the Court important principles that may not be fully addressed by the parties.

5

Respectfully submitted,

 */s/ William J. Olson*
William J. Olson
Jeremiah L. Morgan
　William J. Olson, P.C.
　370 Maple Avenue West, Suite 4
　Vienna, Virginia  22180-5615
　(703) 356-5070
　wjo@mindspring.com

Application for Special Admission pending
Counsel for *Amicus Curiae*

Dated: April 30, 2025

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), the undersigned counsel certify that, prior to filing this motion, they conferred with counsel for Defendants and Plaintiff by email, regarding the relief requested herein.  Counsel have been advised that Plaintiff consents and Defendants take no position on this motion.

6

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2025, I caused a true and correct copy of the foregoing to be filed electronically with this Court. Service will be effectuated on all counsel of record via email.

                                              */s/ William J. Olson*
                                              William J. Olson
                                              Counsel for *Amicus Curiae*