UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE,

    Plaintiff,

v.                    Case No: 2:25-cv-291-JES-KCD

CITY OF NAPLES; NAPLES CITY
COUNCIL; TERESA HEITMANN,
TERRY HUTCHISON, RAYMOND
CHRISTMAN, BETH PETRUNOFF,
BILL KRAMER, LINDA
PENNIMAN, and BERNE BARTON,
in their official
capacities as City Council
members; NAPLES POLICE
DEPARTMENT; and CIRO
DOMINGUEZ, in his official
capacity as Naples Chief of
Police,

    Defendant.

---

**ORDER**

    This matter comes before the Court on the Time-Sensitive Motion for Leave to File Brief as Amicus Curiae (Doc. #44) filed by America's Future. America's Future requests leave to file an amicus brief that complies with the page limit of Local Rule 3.01(b) for briefs responding to a motion. See M.D. Fla. Loc. R. 3.01(b) ("A party responding to a motion or brief may file a legal memorandum no longer than twenty pages inclusive of all parts"). The motion is **GRANTED**.

    Accordingly, it is now

**ORDERED:**

1. America's Future's Time-Sensitive Motion for Leave to File Brief as Amicus Curiae (Doc. #44) is **GRANTED**.

2. America's Future may file an amicus brief **no longer than 20 pages inclusive of all parts.**

**DONE AND ORDERED** at Fort Myers, Florida, this  1st  day of May 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record