## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

NAPLES PRIDE,

      Plaintiff,

v.                                                   Case No. 2:25-cv-00291JES-KCD

CITY OF NAPLES; NAPLES CITY
COUNCIL; TERESA HEITMANN,
TERRY HUTCHISON, RAYMOND
CHRISTMAN, BETH PETRUNOFF,
BILL KRAMER, LINDA PENNIMAN,
and BERNE BARTON, in their official
capacities, as City Council members;
NAPLES POLICE DEPARTMENT; and
CIRO DOMINGUEZ, in his official
capacity as Naples Chief of Police,

      Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION REQUESTING TIME LIMITATION

Defendants, by and through the undersigned counsel, pursuant to Local Rule 3.01, request a time limit of no more than one hour (1hr) per side to present oral argument.

## LOCAL RULE 3.01(g) CONFERRAL

On May 1, 2025, the undersigned, David Jadon, conferred with counsel for Plaintiff Samantha Past, who stated she had no opposition to the relief requested herein and was willing to defer to the Court's discretion.

Respectfully submitted,

*/s/ David Jadon*
David Jadon
Florida Bar No. 1010249

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF on this 1 day of May, 2025, to: Samantha J. Past, Esquire, Daniel B. Tilley, Esquire, **AMERICAN CIVIL LIBERTIES, UNION FOUNDATION OF FLORIDA,** 4343 West Flagler Street, Suite 400, Miami, FL 33134, spast@aclufl.org; dtilley@aclufl.org; Andrew W.J. Dickman, Esquire, Odelsa Flores-Dickman, Esquire, Matthew R. McConnell, Esquire, **DICKMAN LAW FIRM,** 809 Walkerbilt Road., Suite 6, Naples, FL 34110, andrew@dickmanlawfirm.org; ody@dickmanlawfirm.org; matthew@dickmanlawfirm.org; Anthony J. Wong, Esquire, Daniel B. Tilley, Esquire, Jonah M. Knobler, Esquire, Joshua M. Goldman, Esquire, Justin Zaremby, Esquire, Maxwell K. Weiss. Esquire, Thomas P. Kurland, Esquire, **PATTERSON BELKNAP WEBB & TYLER LLP,** 1133 Ave. of the Americas, New York, NY 10036, awong@pbwt.com; dtilley@pbwt.com; jknobler@pbwt.com; jgoldman@pbwt.com; jszaremby@pbwt.com; maweiss@pbwt.com; tkurland@pbwt.com. (*Attorneys for Plaintiff*).

*/s/ David R. Jadon*
David R. Jadon, Esquire
Florida Bar No.: 1010249
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL 32801

Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary: djadon@roperpa.com
Secondary: lramirez@roperpa.com
Attorney for Defendants CITY OF
NAPLES; NAPLES CITY COUNCIL;
TERESA HEITMANN, TERRY
HUTCHISON, RAYMOND
CHRISTMAN, BETH PETRUNOFF,
BILL KRAMER, LINDA
PENNIMAN, and BERNE BARTON,
in their official capacities, as City
Council members; NAPLES POLICE
DEPARTMENT ; and CIRO
DOMINGUEZ, in his official
capacity as Naples Chief of Police