FILED - USDC - FLMD - ORL
MAY 1 2025 PM4:33

# CEASE & DESIST NOTICE: Naples Pride v City of Naples, et. al.

**case 2:2025cv00291**

**April 28, 2025**

**AFFIANT / DECLARANT / TESTIFIER / THE GOVERNED**

Ashley-Marie: Jenkins, Agent for ASHLEY MARIE JENKINS, PRINCIPAL
PO BOX 10956
Naples, Florida [34101]

CC: ***"Defendants"in*** **case 2:2025cv00291** City of Naples, Naples City Council, Teresa Heitmann, Terry Hutchison, Raymond Christman, Beth Petrunoff, Bill Kramer, Linda Penniman, Berne Barton
735 8th Street South,
Naples, Florida 34102

CC: ***"Defendants"in*** **case 2:2025cv00291** Naples Police Department, and Ciro Dominguez
355 Riverside Cir,
Naples, FL 34102

**RESPONDENTS / DEFENDANTS**

**Respondent (A) John E Steele, dba JOHN E STEELE, PRINCIPAL,** ***and all assigns***
2110 First Street
Fort Myers, Florida 33901 — **CASE # RF 774 180 604 US**
CC: Kyle C Dudek, dba KYLE C DUDEK, PRINCIPLE, *and all assigns*

**Respondent (B) Elizabeth M. Warren, dba ELIZABETH M. WARREN, PRINCIPAL,** ***and all assigns***
Clerk of Court United States District Court Middle District of Florida
401 W. Central Blvd., Suite 2100 Orlando, FL 32801-0210 — Certified Mail 9589 0710 5270 2582 5770 83

**Respondent(C) Naples Pride, "The Plaintiff" in Complaint case 2:2025cv00291**

Respondent (D) ACLU of Florida, *American Civil Liberties Union, Representing the Plaintiff, Respondent C*

**CC: Cord Byrd, dba CORD BYRD, PRINCIPAL,** ***and all assigns***
Secretary of State, Florida
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida, 32399-0250 — Certified Mail 9589 0710 5270 2582 5770 90

**Cc: James Uthmeier, dba JAMES UTHMEIER, PRINCIPAL,** ***and all assigns***
Office of the Attorney General, State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050 — Certified Mail 9589 0710 5270 2582 5771 06

**CC: Governor Ron DeSantis, dba RON DESANTIS, PRINCIPAL,** ***and all assigns***
EXECUTIVE OFFICE OF GOVERNOR RON DESANTIS .
400 S MONROE ST .
TALLAHASSEE, FL 32399 — Certified Mail 9589 0710 5270 2582 5771 13

**CC: Pam Bondi, dba PAM BONDI, PRINCIPAL,** ***and all assigns***
Attorney General
United States Department of Justice
1600 Pennsylvania Avenue NW, Washington, DC 20500 — Certified Mail 9589 0710 5270 2582 5771 37

**CC: Marco Rubio, dba MARCO RUBIO, PRINCIPAL,** ***and all assigns***
Secretary of State
U.S. Department of State - Harry S Truman Building
2201 C Street, NW,
Washington, DC 20520 — Certified Mail 9589 0710 5270 2582 5771 20

**Notice to Agent is notice to PRINCIPAL, notice to PRINCIPAL is notice to Agent;**

Testimony in the form of an Affidavit signed under Penalty of Perjury under **28 US Code § 1746(2)**; An un-rebutted affidavit becomes the judgment in commerce after 30 days, a *'Nil dicit Judgment'*; **The**

Private Postmaster
4-28-25

Great seal ashley-marie
of family jenkins

10c USA 2024

**Party(ies) silence in refusing or failing to rebut equates to their silence, and silence equates to agreement (confessed judgment) to the facts herein:**

**NOW COMES** the Affiant / Testifier / The Concerned Governed, **ashley marie jenkins, a sentient woman, American non-citizen national, Floridian, over the age of 21, not dead and or lost at sea, not a monster, not an enemy combatant, not a minor or incompetent, being Age of Majority, first duly sworn, depose, say, declare and testify to the facts set forth herein as duly noted below are true, correct, complete and presented in good faith, in honor and to the best of my knowledge and belief and not meant to mislead or otherwise so say i:**

*i, a woman, ashley, the governed, will hereby be referred to as "The Governed" addressing the Testimony in Fact;*

## Respondents C& D have created these civil penalties or the potential therof:

**FLORIDA STATE STATUTE §800.03 BY EXPOSING ONESELF IN A VULGAR AND INDECENT MANNER TO MINORS IN A PUBLIC PARK;**

i, the governed, ashley, witnessed Respondent C have performers violate this Florida State Statute in July 9, 2022; Exhibit A shows this misconduct which occurred; this is not permissible; This has been a statute in Florida since 2011;

**FLORIDA STATE STATUTE §847.0134 - OF PERFORMING A DRAG SHOW WITHIN 2500 FT OF A SCHOOL**

i, the governed, ashley, witnessed Respondent C was within ~1584 feet of St. Ann school, located at 542 Eighth Ave S, Naples, FL 34102 July 9, 2022 performing an inappropriate performance to minors in a public park, at Cambier Park, located at 755 8th Ave S, Naples, FL 34102; this was established as a law in Florida in 2021, and the members of Respondent C were in violation of this law; a violation of this section constitutes a felony of the third degree; the statute of limitations for child sex crimes ranges from 10 years to 25 years after a crime; it has been approximately 3 years, 9 months, and 19 days since this occurred;

**FLORIDA STATE STATUTE §827.11, EXPOSING CHILDREN TO AN ADULT LIVE PERFORMANCE,**

i, the governed, ashley, witnessed Respondent C expose minors to an adult live performance in the July 9, 2022 in Cambier park, Naples, Florida; this statute was passed in 2023; the proposed permit would put the Respondent C in violation of this Florida State Statute; Enclosed is evidence in Exhibit A;

**FLORIDA STATE STATUTE §775.215 (B, C, D) DO NOT PERMIT SEX OFFENDERS NEAR MINORS:**

**No one in Respondent C's organization is submitting ID for attendees who will be attracted to Respondent C's event who *could* endanger a minor;**

**10 US CODE § 919B - ART. 119B. CHILD ENDANGERMENT**

*Any person subject to this chapter— (1)who has a duty for the care of a child under the age of 16 years; and (2)who, through design or culpable negligence, endangers the child's mental or physical health, safety, or welfare; shall be punished as a court-martial may direct.*

**Respondent C violated this US CODE on July 9, 2022; there has been a repeated attempt through malfeasance or mental illness to repeat this offense in Cambier Park by way of an illicit permit in 2023, 2024, and 2025; Respondent C is not entitled to violate Florida Statutes for this delusional inappropriate exposure of minors in a public park to an adult performance that is not "family friendly";**

**18 U.S. CODE § 878 - THREATS AND EXTORTION AGAINST FOREIGN OFFICIALS, OFFICIAL GUESTS, OR INTERNATIONALLY PROTECTED PERSONS**

*(a)Whoever knowingly and willfully threatens to violate **section** 112, ~~1116, or 1201~~ shall be fined under this title or imprisoned not more than five years, or both, except that imprisonment for a threatened assault shall not exceed three years.*

**Respondent C& D are requiring the Defendants *pay them compensatory damages and admit to a non existent violation of the First Amendment*** for supposed hypothecated damages for an un-permit-able Drag Show that was to violate **FLORIDA STATE STATUTE §800.03, §847.0134 and**

Private Postmaster
4-28-25

Great seal ashley-marie
of family jenkins

10c

**§827.11** and this is an attempt at Extortion and Theft of public offices who hold privileged taxpayer monies;

**18 U.S. CODE § 112 (B) (2) & (3)- PROTECTION OF FOREIGN OFFICIALS, OFFICIAL GUESTS, AND INTERNATIONALLY PROTECTED PERSONS**

*2)attempts to intimidate, coerce, threaten, or harass a foreign official or an official guest or obstruct a foreign official in the performance of his duties; or (3)within the United States and within one hundred feet of any building or premises in whole or in part owned, used, or occupied for official business or for diplomatic, consular, or residential purposes by—(A)a foreign government, including such use as a mission to an international organization;(B)an international organization;*
*(C)a foreign official; or(D)an official guest;congregates with two or more other persons with intent to violate any other provision of this section; shall be fined under this title or imprisoned not more than six months, or both.*

Respondents C& D are attempting to intimidate, coerce, threaten, or harass the Defendants into giving in to illegal activity towards minors in a public park under the guise of a civil rights violation; there is no civil rights violation as a permit was offered for the event and an alternative venue provided for the 3rd year for an adult performance; this is not a disrupted trend; Respondent C got away with an inappropriate performance July 9, 2022 which was not approved in their permit;

**18 U.S. CODE § 641 - PUBLIC MONEY, PROPERTY OR RECORDS**

*- Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted—Shall be fined under this title or imprisoned not more than ten years, or both; but if the value of such property in the aggregate, combining amounts from all the counts for which the defendant is convicted in a single case, does not exceed the sum of $1,000, he shall be fined under this title or imprisoned not more than one year, or both. The word "value" means face, par, or market value, or cost price, either wholesale or retail, whichever is greater.*

**Respondent C& D are pursuing the Defendants, who are in publicly funded municipal offices in the and officers who receive the public privileged taxpayer monies; this is an attempt to embezzle from the Residents of Naples City and Collier County in this frivolous case;**

**42 U.S. CODE § 3617 - INTERFERENCE, COERCION, OR INTIMIDATION**

*It shall be unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of, or on account of his having exercised or enjoyed, or on account of his having aided or encouraged any other person in the exercise or enjoyment of, any right granted*

Respondent C& D are attempting to intimidate and coerce the Defendants to allow crimes against minors; Respondent C& D have zero respect for the rights of others within the Public Park of Cambier Park and do not have the right to claim this is a civil rights violation when they would be in violation of **FLORIDA STATE STATUTE §800.03, §847.0134 and §827.11**, as well as an infringement of the First Amendment Rights of minors in a public park; **minors have the right to assemble under the First Amendment free of being subjected to an inappropriate agenda;**

**18 US Code § 1513, WHICH CRIMINALIZES RETALIATING AGAINST WITNESSES, VICTIMS, OR INFORMANTS IN FEDERAL PROCEEDINGS**

i, the governed, ashley, will not tolerate any retaliatory misconduct by Respondents A, B, C, or D for pointing out to the court and the chain of command the grotesque violations in administrative law (*US Codes, Florida State Statutes*) as the Defendants are coerced and intimidated to violate the First Amendment Rights of Minors in the name of people engaging in such acts of frivolousness;

## TESTIMONY OF FACT

The Governed witnessed Respondents "C" on July 9, 2022 host the "4th annual" event in Cambier Park; Respondent C did not have authorization from City of Naples in their permit to hold the first drag show near a private elementary School ~1584 feet away; in Exhibit A, enclosed are members of this event performing disturbing and inappropriate misconduct in a public park near minors in addition to minors engaging with said performers in an inappropriate manner; it was illegal to be conducting this type of behavior by performing a drag show within 2500 ft of a school [located at~ **1584 Foot** from St Ann School, 542 Eighth Ave S, Naples, FL 34102] [Exhibit B]; this is a violation of Florida State Statute §847.0134; this was established as a law in Florida in 2021, and the members of Respondent C were in violation of this law; a violation of this section constitutes a felony of the third degree; the statute of limitations for child sex crimes ranges from 10 years to 25 years after a crime; it has been approximately 3 years, 9 months, and 19 days since this occurred;

Respondent C was denied hosting this same event each subsequent year, in 2023, 2024, and 2025 in the park by Naples City Council from public outpour in City of Naples hearings as this is not the type of conduct appropriate near a playground which caters to minors; The residents of City of Naples have contested this misconduct for 3 years vehemently; public outpour of patrons of the park do not condone an adult Drag Performance targeted to minors in the Public Park; this is not being contested by residents as it is

Private Postmaster
4-28-25

Great seal ashley-marie
of family jenkins

"misinformation" as is asserted by members of Respondent C; this is a violation of Florida State Statutes, as well as inappropriate misconduct in a public place (See Exhibit A);

The Governed, provided public testimony 15th of January, 2025, to oppose the event in the current referenced permit as this misconduct is a violation of many Florida State Statutes in addition to infringing upon the right to assemble under first amendment rights of minors upon the playground in Cambier Park where this permit was applied for;

Each year, Respondent C has been granted a permit to conduct their event without discrimination; this has upheld the right to assemble under the first amendment; there is no civil rights violation in question; it is not the Respondent C's right to conduct predatory misconduct to minors in a public park;

Further, the City of Naples did not hold the annual Fireworks for New Years Eve 2024 [Exhibit C], due to being unable to provide public security from the Naples Police Department; Fourth of July in 2023 was canceled due to safety concerns, and both of these events cater to a wide audience of 10s of 1000s of spectators which far exceeds Respondent C's egregious claim that they are being targeted with exorbitantly high rates; costs are the costs; The Complaint this is discrimination is a falsity, and has nothing to do with rights being upheld as Respondent C has been granted a permit for their event;

This is an attempt to embezzle and attempt to extort the City of Naples and Naples Police Department for resources in a scheme of theft by Respondents A, B, C & D; Respondent C has admitted to cash flow issues as an organization impersonating a non for profit;

If Respondent C is unable to afford the venue from security requirements, other venues in Collier County exist to accommodate these needs; These are not prices for Respondent C exclusively, these are the same price for any party seeking to host an event of this size;

Respondent D has joined in the attempted coercion and intimidation in this publicity stunt to complain that "first Amendment rights" are being infringed upon; this is untrue; **it is no one's right to infringe upon the right of the public to assemble in the park without inappropriate predatory misconduct and** the public has been clear the past 3 years that the misconduct of the Drag Show from 2022 is not permitted again in Cambier park; this directly infringes upon the First Amendment of Minors, and this is NOT a family friendly event; this is misconduct to complain that respondent C has the right to hold a Drag show which violates **Florida State Statutes §827.11**, *exposing children to an adult live performance, and* **Florida State Statute §800.03** by exposing oneself in a vulgar and indecent manner to minors in a public park;

Respondent D joined in an attempt of illegitimate criminal misconduct to threaten and coerce municipalities for the endangerment of minors; prior attempts to coerce and intimidate can be found in 4 National Cases which support Respondent D resorting to intimidation tactics to grant pedophiles the opportunity to harm minors as a pattern of criminal behavior;

This **case 2:2025cv00291** has nothing to do with facts; this has to do with an attempt to Extort, an attempt to Embezzle, and the Endangerment of minors; a criminal investigation for solicitation of minors needs to be conducted by the Department of Justice and State of Florida of all Respondents and anyone colluding, including government agents; all need to be duly noted;

This is a frivolous case by the Respondents C&D due to the fact that permit was offered and a resolution was provided for an 18+ drag show for the third* year; Respondent C is asserting this has been a permitted occurrence for all 6 previous years they have held this event - this is UNTRUE: the Drag show on July 9, 2022 was not under permit and had no City Council approval, each subsequent year, accommodations have been made to permit the event in a private venue for the age appropriate audience; No one is permitted to conduct pedophilic / adult performances in front of minors that would be contrary to **FLORIDA STATE STATUTE §800.03, §847.0134 and §827.11** from personal entitlements and derangement;

Respondent C is not checking IDs of any of the people who would be attracted to minors at this event that they are advertising as "Family Friendly"; it is commonplace that Registered Sex Offenders would be attracted to this type of an event which is a clear violation of Florida State Statute §775.215 (b, c, d);

Respondent C is an Illicit non for profit group, admitting to zero funds being able to give to the charity they run; their inability to conduct their affairs in commerce may not be blamed upon the success of this event as no success is guaranteed in performance in commerce; Respondent C is impersonating as a non profit in spite

Private Postmaster
4-28-25

Great seal ashley-marie
of family jenkins

their non for profit filing for a tax free status; the performers of this adult Drag Show are imported from other areas and are not local to City of Naples; an attempt of embezzlement and attempt of extortion from the City of Naples and Naples Police Department is occurring for a frivolous case; this case has no bearing in law as there is zero offense being conducted, a dismissal with prejudice is requested;

A bond was created within the court registry system and this is an attempt of bribery of a public officer by Respondents C&D, as Respondents A&B entertained this frivolity; **Respondent (A) and Respondent (B) are ordered to Cease & Desist this case on May 2, 2025 and Dismiss this case as Frivolous, *with prejudice;** If there is not an immediate cease and desist of these actions, as a consequence of proper action ordered:

If Respondent A&B refuse to take notice of this testimony of Fact and continue with this sham of a case, the Affiant / Declarant / Testifier / The Governed will take the following actions:

Respondent A&B are practicing administrative law and do not have the right to preside over such a case; there is no case as the Respondent C was issued a permit to exercise their First Amendment, as well as another facility to hold their "Adult" Drag Show as hosting it for minors is a violation of **FLORIDA STATE STATUTE §800.03, §847.0134 and §827.11; if this continues beyond May 2, or the Respondent C&D succeed in forcing inappropriate conduct and violating homeland rule,** this will become a matter of public disclosure: **no attorney or judge may practice law outside of Washington DC, The District of Columbia, under Title 4, UNITED STATES CODE (US Code), SEC. 72, which is positive law, and mandates that all offices of government **including Attorneys [and judges]** are restricted to "*All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law*"**; this case is being heard in Fort Myers, Florida and may not be misconstrued as "The United States" et. al. As defined **Under UCC 9-307(h)** via a postal zip code; even though this is held in a "Federal" building, the building is located upon Florida soil; **any actions by Respondents A&B to continue with this case will be taken to be conspiring against homeland rule of The City of Naples amidst violating Administrative Procedures the Respondents A&B are bound by**; this will be reported to the media that parties had no authority to preside over such a case outside of Washington D.C., and Respondents A&B will be exposed for impersonation; By continuing with this hearing, RESPONDENT A&B will be reported to the appropriate authorities who will strip Respondent A&B of their certificate and ability to practice law in the State of Florida;

EXHIBITS:

A. Photos from July 9, 2022 Naples Pride Gathering with unpermitted Drag Show
B. Map of Cambier Park to St Ann School, *0.3 Miles, ~1584 Feet Away from Event*
C. https://www.naplesgov.com/parksrec/page/new-years-eve-fireworks-canceled

RESOURCES:

https://www.flsenate.gov/Laws/Statutes/2021/847.0134

https://www.naplesnews.com/story/news/local/2023/06/07/naples-has-cancelled-its-popular-fourth-of-july-fireworks-show-at-the-beach-due-to-ian/70297923007/

https://www.flsenate.gov/Laws/Statutes/2021/800.03

https://www.flsenate.gov/Laws/Statutes/2021/775.215

**PRIOR PATTERN OF ACLU OF INTIMIDATION:**

https://apnews.com/article/pride-lgbtq-tennessee-dragshow-aclu-lawsuit-62c9dee6602d45829e70345e41f67f1c
https://abcnews.go.com/US/aclu-files-lawsuit-drag-show-restrictions-texas/story?id=101953365
https://www.aclu.org/press-releases/aclu-and-aclu-of-utah-celebrate-win-for-drag-performers-first-amendment-rights
https://www.aclum.org/en/press-releases/aclu-massachusetts-files-lawsuit-against-drag-show-censorship-north-brookfield

The Governed will not tolerate being bullied, harassed, or retaliatory conduct by Respondents A, B, C, or D for upholding the Constitution from abuse under her Oath of Office modeled under 5 US CODE §3331;

**i, ashley marie jenkins** with explicit reservation of *All Rights Reserved*, Without Prejudice, **UCC 1-308**, not lost at sea, not dead, non-enemy combatant, non-belligerant, non-citizen, non-resident, non-assumpsit, non-person, non-commercial, non-federal employee, non-transmitting utility, non-chattel property, non-taxpayer, not a monster, not a minor, non-apprentice, being Age of Majority, Floridian American non-citizen (national); without the United States *et. al.* modeling under Penalty of Perjury **28 US Code §1746(1)**// void where prohibited by valid law [*a law above any administrative procedures act / APA*];

Private Postmaster
4-28-25

Great seal ashley-marie
Of family jenkins



**i, ashley marie jenkins declare** under penalty of Perjury **under the laws of the united states of America from without the United States *et. al.*, under the laws of Florida and in accordance with 28 US Code §1746(1)** that the foregoing facts and statements made by **i, ashley marie jenkins** are true, correct, and complete to the best of my knowledge and ability so help me God:

ASHLEY MARIE JENKINS Estate the Authorized Representative and Beneficiary for Ashley-Marie: Jenkins Vessel's (Estate)
**AFFIANT / DECLARANT / TESTIFIER / THE GOVERNED**

*Further Affiant/Testifier/Declarant sayeth naught;*

**Notary Public as Jurat Certificate**

NOW COMES the Testifier **ashley marie jenkins**, Floridian American non-citizen (national), a sentient, living woman, Age of Majority and over the age of 21, not dead and/or lost at sea, being duly sworn, depose, say, declare and testify to the facts set forth herein as duly noted below are true, correct, complete and presented in good faith and to the best of my knowledge and belief and not meant to mislead or otherwise:

Witness my hand this **28 day of April year of 2025**

By: Ashley-Marie: Jenkins
Ashley-Marie: Jenkins, Agent SUI JURIS
UCC 1- 308 ***All Rights Reserved***

**WITNESSES**

Signature J. Kohl
Print Name Jay Kohlhagen
Reside ❑ City of Naples ☑ Collier County ❑ Other
Date April 28, 2025

Signature Christina Kulesza
Print Name Christina Kulesza
Reside ❑ City of Naples ❑ Collier County ☑ Other
Date April 28, 2025

Signature Katy Baryames
Print Name KATY BARYAMES
Reside ☑ City of Naples ❑ Collier County ❑ Other
Date April 28, 2025

Signature
Print Name Alona Podoliak
Reside ❑ City of Naples ❑ Collier County ☒ Other
Date April 28, 2025

PRIVATE POSTMASTER SEAL
April 28th, 2025

Great Seal ashley-marie: of the family *jenkins*

STATE OF Florida }
}/ ss
COUNTY OF COLLIER }
}
}
}

On this **28th day of April, 2025**, before me, **jenkins, ashley marie,** the undersigned Notary Public in and for the State of Florida, appeared **Ashley-Marie: Jenkins, *Agent*** Personally known to me or proved to me on the basis of satisfactory evidence, to be the woman whose name is subscribed within this instrument and acknowledged to me that she executed the same in her authorized capacity, and that **her** signature on this instrument is true, correct and certain.

SIGNATURE OF NOTARY PUBLIC

(Seal)

KARMEN DEL SORDO
Notary Public - State of Florida
Commission # HH 145893
My Comm. Expires Jul 30, 2025

CASE # RF 774 180 604 US
April 28, 2025
CEASE & DESIST NOTICE: case 2:2025cv00291

Private Postmaster
4-28-25

Great seal ashley-marie
of family jenkins

EXHIBITS: July 9, 2022 "*Family Friendly Drag Show*" At Naples Pride Gathering

A:

Exhibit B: Distance of St Ann School to Cambier Park

CASE # RF 774 180 604 US
April 28, 2025
CEASE & DESIST NOTICE: case 2:2025cv00291

Private Postmaster
4-28-25

Greatseal
ashley-marie
of Family Jenkins

Exhibit C: Cancellation of Naples Fireworks, December 31, 2024/ January 1, 2025 due to no funds for security*

naplesgov.com/parksrec/page/new-years-eve-fireworks-canceled

PARKS, RECREATION AND FACILITIES

BEACH INFORMATION
PUBLIC BEACH ACCESSES & BEACH ENDS PROJECT
PARKS AND RECREATION FACILITIES
BOATS ON THE BEACH PROGRAM
CAMBIER PARK PLAYGROUND PROJECT
CITY OF NAPLES FOURTH OF JULY PARADE AND FIREWORKS
LIGHTNING DETECTION
NAPLES PIER
PARKS & RECREATION MASTER PLAN
PARKS AND RECREATION PROGRAM GUIDES
PUBLIC ART
RECREATION FORMS
SPECIAL EVENTS
STAFF DIRECTORY
SUMMER CAMP
URBAN FOREST PROGRAM
VOLUNTEER AMBASSADOR PROGRAM

## New Year's Eve Fireworks Canceled

Tue, Dec 31 2024, 6 - 7pm

Add to your calendar +

Back to Calendar

We understand the community's disappointment regarding the cancelation of the New Year's Eve fireworks show. This decision was not made lightly and was guided by our commitment to public safety as the top priority.

New Year's Eve falls during the peak of our busy season, making it one of the most demanding nights for our staff and resources. The event places significant strain on public safety teams due to increased gatherings, parking challenges, and higher traffic volumes.

On September 18, 2024, the City Council decided to cancel the fireworks display, considering several key factors:

- Parking and Traffic Congestion: December is one of Naples' busiest months, with seasonal visitors and New Year's Eve celebrations adding to the already high demand for parking and road use.
- Public Safety Demands: The Naples Police Department is already heavily involved in managing holiday traffic and local events, limiting its capacity to safely support a large-scale fireworks event.

We also remind those planning to visit the beaches on New Year's Eve that our community is still recovering from two major hurricanes earlier this year. Some areas remain affected by sand piles and active construction zones, and we urge everyone to exercise caution when visiting these spaces.

We appreciate your understanding and support as we focus on prioritizing safety, accessibility, and effective resource use during this demanding time of year. While this year's New Year's Eve fireworks show will not take place, the City Council will revisit the topic of future New Year's Eve celebrations in 2025. We look forward to exploring ways to bring the community together in a safe and enjoyable manner for years to come.

On September 18, 2024, at a City Council meeting, the decision to cancel the fireworks was discussed. To view the meeting minutes click HERE and go to Item 13D.

Private Postmaster
4-28-25

Great seal ashley-marie
of family jenkins

CERTIFIED MAIL®

Ashley Jenkins
PO Box 10956
Naples FL [34101]

9589 0710 5270 2582 5770 83

Retail

UNITED STATES POSTAL SERVICE®

32801

RDC 03

U.S. POSTAGE PAID
PM
NAPLES, FL 34102
APR 28, 2025

$18.63

S2324H504489-17

2c
usa
APR 28 2025
USPS

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®

For Domestic and International Use

TRACKED ★ ★ ★ INSURED

Label 107R, May 2014

Elizabeth M Warren
Clerk of Court
Unite States District Court
Middle District of Florida
401 W Central Blvd Suite 2100
Orlando Florida 32801-0210