UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE,

    Plaintiff,

v.                          Case No. 2:25-CV-291-JES-KCD

CITY OF NAPLES, *et al.*;

    Defendants,
_____/

## ORDER

Non-party Ashley-Marie Jenkins has filed a motion that, as best the Court can tell, accuses Plaintiff Naples Pride of violating numerous Florida statutes. (Doc. 50.) There are several problems with Jenkins' motion. For starters, she has no discernible interest in this case that would give her the right to seek relief. Nor has she sought permission from the Court to intervene. *See* Fed. R. Civ. P. 24(a) ("*On timely motion*, the court must permit anyone to intervene who . . . ." (emphasis added).) The motion also fails to comply with Local Rule 3.01, which requires "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." *Id.* Jenkins cites several Florida statutes, followed by a lengthy diatribe that is unintelligible. Simply put, the Court is unable to discern what Jenkins is arguing or the relief she seeks. Accordingly, her motion (Doc. 50) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Fort Myers, Florida on May 6, 2025.

*[Signature]*

Kyle C. Dudek
United States Magistrate Judge