IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE,

                Plaintiff,

v.

CITY OF NAPLES, *et al.*,

                Defendants.

_____/

Case No. 2:25-cv-291

## NOTICE OF INTENT TO OPPOSE MOTION TO INTERVENE BY CHELSEA MELONE AND THEODORE & KIMBERLY COLLINS

For avoidance of doubt, Plaintiff Naples Pride notifies the Court of its forthcoming response to the opposed motion to intervene by Chelsea Melone and Theodore & Kimberly Collins, ECF No. 60. *See* M.D. Loc. R. 3.01(b).

Previous motions in this case have been largely administrative in nature (*e.g.*, requesting leave to file an amicus brief), and Plaintiff has not opposed them. By contrast, the proposed motion to intervene, if granted, would substantially and permanently affect the case, and Plaintiff opposes the requested relief on multiple grounds. Under the Federal Rules of Civil Procedure and Local Rules of this District, Plaintiff has the right to respond in opposition to the motion, and it intends to exercise that right.

1

For these reasons, Plaintiff respectfully notifies the Court of its forthcoming response in opposition to the motion to intervene. Per the Local Rules, Plaintiff will file its opposition within fourteen (14) days of Movants' submission, or on an alternative timeline if ordered by the Court.[1]

Dated: May 8, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Samantha J. Past | Jonah M. Knobler* |
| Samantha J. Past (FBN 1054519) | Thomas P. Kurland* |
| Daniel B. Tilley (FBN 102882) | Joshua M. Goldman* |
| **ACLU Foundation of Florida** | Maxwell K. Weiss* |
| 4343 West Flagler Street, Suite 400 | Anthony J. Wong* |
| Miami, FL 33134 | **Patterson Belknap Webb & Tyler LLP** |
| (786) 363-2714 | 1133 Ave. of the Americas |
| spast@aclufl.org | New York, NY 10036 |
| dtilley@aclufl.org | Tel: 212-336-2000 |
| | jknobler@pbwt.com |
| | tkurland@pbwt.com |
| | *Special Admission |
| | Counsel for Plaintiff Naples Pride |

---

[1] Movants also improperly titled their motion to intervene as time-sensitive, despite the fact that Plaintiff moved for time-sensitive preliminary-injunctive relief weeks ago and Plaintiff's motion has already been fully briefed, argued, and submitted.