

# U.S. District Court

### Florida Middle - Ft. Myers

Receipt Date: May 14, 2025 12:35PM

Naples Pride, Inc.

Rcpt. No: 17001              Trans. Date: May 14, 2025 12:35PM              Cashier ID: #FY (7017)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLM225CV000291 | 1 | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CA | Cash | | | | $100.00 |

Total Due Prior to Payment: $100.00
Total Tendered: $100.00
Total Cash Received: $100.00

**Comments:** re: Surety Bond per [67] Preliminary Injunction Order

The fee or debt is not officially paid or discharged until the bank clears the check, money order, or verifies the credit. A $53 fee will be charged for a returned payment.