UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE,

      Plaintiff,

v.                        Case No: 2:25-cv-291-JES-KCD

CITY OF NAPLES; NAPLES CITY
COUNCIL; TERESA HEITMANN,
TERRY HUTCHISON, RAYMOND
CHRISTMAN, BETH PETRUNOFF,
BILL KRAMER, LINDA PENNIMAN,
and BERNE BARTON, in their
official capacities as City
Council members; NAPLES
POLICE DEPARTMENT; and CIRO
DOMINGUEZ, in his official
capacity as Naples Chief of
Police,

      Defendant.

_____

**<u>ORDER</u>**

    This matter comes before the Court on Defendants' Emergency Motion to Stay Preliminary Injunction Pending Appeal and Memorandum in Support (Doc. #77). Given the time-sensitive nature of this matter, the Court requests a response from Plaintiff Naples Pride today by close of business.

    Accordingly, it is now

    **ORDERED:**

    Plaintiff Naples Pride is **DIRECTED** to file a response to Defendants' Emergency Motion to Stay Preliminary Injunction Pending Appeal and Memorandum in Support (Doc. #77) by **<u>close of</u>**

**business** today, **Friday, May 23, 2025**.

 **DONE AND ORDERED** at Fort Myers, Florida, this  23rd  day of May 2025.

                _____

                JOHN E. STEELE
                SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record