# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 16, 2025

Clerk - Middle District of Florida
U.S. District Court
U.S. Courthouse and Federal Building
2110 1ST ST
FORT MYERS, FL 33901

Appeal Number: 25-11756-HH
Case Style: Naples Pride v. City of Naples, et al
District Court Docket No: 2:25-cv-00291-JES-KCD

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-11756-HH

_____

NAPLES PRIDE,

                                    Plaintiff - Appellee,

versus

CITY OF NAPLES,
NAPLES CITY COUNCIL,
TERESA HEITMANN,
Official Capacity as City Council member,
TERRY HUTCHISON,
Official Capacity as City Council member,
RAYMOND CHRISTMAN,
Official Capacity as City Council member, et al.,

                                    Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellants City of Naples, Naples City Council, Teresa Heitmann, Terry Hutchison, Raymond Christman, Naples Police Department, Naples Chief of Police, Ber Barton, Beth Petrunoff, Bill Kramer and Linda Penniman is GRANTED by clerk [10488597-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date; Motion to intervene is MOOT [10478935-2].

Effective June 16, 2025.

                                    DAVID J. SMITH
                Clerk of Court of the United States Court
                  of Appeals for the Eleventh Circuit

                                                          FOR THE COURT - BY DIRECTION