UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE, INC.,

    Plaintiff,

v.                              Case No. 2:25-cv-291-JES-KCD

CITY OF NAPLES; NAPLES CITY COUNCIL; TERESA HEITMANN, TERRY HUTCHISON, RAYMOND CHRISTMAN, BETH PETRUNOFF, BILL KRAMER, LINDA PENNIMAN, and BERNE BARTON, in their official capacities as City Council members; NAPLES POLICE DEPARTMENT; and CIRO DOMINGUEZ, in his official capacity as Naples Chief of Police,

    Defendants.

---

## ORDER

This matter comes before the Court on the Time-Sensitive Motion to Stay Deadline to Respond to Motion to Dismiss (Doc. #97) filed by Plaintiff Naples Pride, Inc. Plaintiff intends to file an amended complaint since Pridefest 2025, the crux of the original complaint (Doc. #1) has already occurred. Plaintiff asks the Court to stay its deadline to respond to Defendants' pending motion to dismiss (Doc. #57) and to allow an amended pleading or a motion to amend to be filed by July 29, 2025. Alternatively, Plaintiff requests seven more days to respond to the pending motion.

    The motion to stay is **GRANTED IN PART** and **DENIED IN PART**.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff Naples Pride Inc.'s Time-Sensitive Motion to Stay Deadline to Respond to Motion to Dismiss (Doc. #97) is **GRANTED IN PART** and **DENIED IN PART**.

2. Defendants' Motion to Dismiss (Doc. #57) is **DENIED** as **MOOT** in light of the forthcoming amended complaint.

3. Plaintiff may file an amended complaint no later than **July 29, 2025.**

4. Should Plaintiff fail to file an amended complaint by that date, Defendants may file another motion to dismiss.

**DONE and ORDERED** at Fort Myers, Florida, this __15th__ day of July 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record