UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NAPLES PRIDE, INC.,

    Plaintiff,

v.   Case No. 2:25-cv-291-JES-KCD

CITY OF NAPLES; NAPLES CITY COUNCIL; TERESA HEITMANN, TERRY HUTCHISON, RAYMOND CHRISTMAN, BETH PETRUNOFF, BILL KRAMER, LINDA PENNIMAN, and BERNE BARTON, in their official capacities as City Council members; NAPLES POLICE DEPARTMENT; and CIRO DOMINGUEZ, in his official capacity as Naples Chief of Police,

    Defendants.

---

**ORDER**

This matter comes before the Court on the Motion to Intervene (Doc. #60) filed by Chelsea Melone, Theodore Collins, and Kimberly Collins ("Parents"). This Court previously denied the motion in part — as to Parents' request for a one month briefing extension to file a response to Plaintiff's preliminary injunction motion — and took the remainder of the motion under advisement (Doc. #65.) The Court now **DENIES** the remainder of the motion as **MOOT**.

Plaintiff has indicated that it intends to file an amended complaint (Doc. #98.) From the Court's review of Parents' motion and other documents on file, Parents' asserted interests do not

appear to extend into the later phases of this case. However, the Court will leave it to Parents to decide whether or not to file another motion to intervene within 21 days of the filing of the amended complaint.

Accordingly, it is hereby

**ORDERED:**

Parents' Motion to Intervene (Doc. #60) is **DENIED** as **MOOT**.

**DONE and ORDERED** at Fort Myers, Florida, this __24th__ day of July 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record