UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

| | |
|---|---|
| NAPLES PRIDE,<br><br>Plaintiff;<br>v.<br><br>CITY OF NAPLES, et al.,<br><br>Defendants. | Case No. 2:25-cv-291 |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE LIBERTY COUNSEL AND FORMER PROPOSED INTERVENORS**

COMES NOW KRISTINA S. HEUSER, counsel for Amicus Curiae LIBERTY COUNSEL and former Proposed Intervenors THEORDORE COLLINS, KIMBERLY COLLINS, and CHELSEA MELONE, and respectfully moves this Court pursuant Local Rule 2.02(c) for an Order allowing the undersigned to withdraw from this matter and states as follows:

1. LIBERTY COUNSEL filed a Brief for Amici Curiae on its own behalf and on behalf of THEODORE COLLINS, KIMBERLY COLLINS and CHELSEA MELONE in connection with Defendants' motion for a preliminary injunction. That motion has since been decided and is no longer pending.
2. LIBERTY COUNSEL also appeared in this action on behalf of THEODORE COLLINS, KIMBERLY COLLINS and CHELSEA

MELONE, who sought to intervene in this action on two separate occasions. Both of Proposed Intervenors' motions were denied. Proposed Intervenors appealed the first denial and then withdrew that appeal, and Proposed Intervenors did not appeal the second denial and the time to appeal has expired. Proposed Intervenors were terminated as parties in this action on January 5, 2026.

3. Kristina S. Heuser is listed on the docket as an Attorney to be Noticed for LIBERTY COUNSEL and seeks to withdraw as counsel at this time as she will no longer be affiliated with LIBERTY COUNSEL following April 17, 2026. Accordingly, LIBERTY COUNSEL consents to Ms. Heuser's withdrawal.
4. To the extent LIBERTY COUNSEL may engage in this litigation in the future, LIBERTY COUNSEL will continue to be represented by Lead Counsel Horatio G. Mihet and Daniel Joseph Schmid.

WHEREFORE, pursuant to Local Rule 2.02(c), the undersigned respectfully requests that an Order be entered allowing her to withdraw as counsel for Amicus Curiae LIBERTY COUNSEL and former Proposed Intervenors THEODORE COLLINS, KIMBERLY COLLINS and CHELSEA MELONE and, upon entry of an order granting this motion, Kristina S. Heuser will be relieved from further responsibilities in this case.

Dated: April 13, 2026

Respectfully submitted,

/s/ Kristina S. Heuser

Kristina S. Heuser
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
kheuser@lc.org
*Attorneys for Amicus Curiae and former Potential Intervenors*

## LOCAL RULE 3.01(g) CONFERRAL

On April 13, 2026, the undersigned, Kristina S. Heuser, conferred with counsel for Plaintiffs and Defendants, who stated they have no opposition to the relief requested herein.

/s/ Kristina S. Heuer
Kristina S. Heuser

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I caused a true and correct copy of the foregoing to be filed electronically with this Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

/s/ Kristina S. Heuser
Kristina S. Heuser