**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

NAPLES PRIDE,

Plaintiff,

Case No. 2:25-cv-00291

v.

CITY OF NAPLES, *et al.*,

Defendants.

______________________________________/

**UNOPPOSED MOTION TO WITHDRAW**

Pursuant to Local Rule 2.02(c), it is hereby requested that the appearance of Alexandria Piacenti be withdrawn as counsel for Plaintiff in this matter. Attorneys from Patterson Belknap Webb & Tyler and the ACLU of Florida will continue to represent Plaintiff in this case.

I certify that Plaintiff consents to the withdrawal. The withdrawal will not result in a person proceeding pro se. The withdrawal will not result in a continuance of a trial.

Dated: June 9, 2026

Respectfully submitted,

*/s/ Alexandria Piacenti*
Alexandria Piacenti
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
apiacenti@pbwt.com

**CERTIFICATE OF SERVICE**

I certify that on June 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

*/s/ Alexandria Piacenti*