**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

NAPLES PRIDE,

      Plaintiffs,

v.                                                                    Case No. 2:25-CV-291

CITY OF NAPLES AND NAPLES CITY COUNCIL

      Defendants.

_____

## Mediation Report

The parties held a mediation conference on August 10, 2026, and the results of that conference are indicated below.

### 1. Attendance

The following participants attended the mediation conference:

☒      lead counsel

☒      the parties or a party's surrogate satisfactory to the mediator

☐      any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐      The parties completely settled the case.

☐      The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐      The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☒      The parties have reached an impasse.

/s/ Jason O'Steen
JASON O'STEEN
Florida Bar No. 52783
**James R. Wolf**
**Florida Bar No. 203432**
**O'STEEN & O'STEEN, P.L.**
2900 East Park Ave.
Tallahassee, Florida 32301
Email: jamesrwolf1881@gmail.com
(850) 877-1028
Mediator

2